UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC SAXTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:15cv0847 TCM ) |
| MAC, | ) ) |
| Defendant, | ) |

**MEMORANDUM AND ORDER**

Plaintiff seeks leave to proceed in forma pauperis in this civil action under Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. §§ 2000e through 2000e-17. His motion will be granted.

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. A plaintiff in a Title VII action has ninety days from receipt of the right-to-sue letter to file a civil action. 42 U.S.C. § 2000e-5(f). Failure to file a timely civil action warrants dismissal of the complaint. See e.g. **Maegdlin v. Int'l Ass'n of Machinists and Aerospace Workers**, 309 F.3d 1051, 1054 (8th Cir. 2002).

Plaintiff attaches an EEOC right-to-sue letter to his complaint alleging that Defendant discriminated against him on the basis of his race. The right-to-sue letter was mailed to Plaintiff on February 10, 2015. The ninety-day period in this case elapsed on approximately May 11, 2015; however, Plaintiff did not file the instant action until May 28, 2015. His complaint appears to be time-barred.

Consequently, Plaintiff is directed to show cause, in writing, why his action should not be dismissed as untimely. Failure to respond to this Order or a failure to show adequate cause will result in the dismissal of this case.

Finally, the Court notes that the Missouri Commission of Human Rights (MCHR) mailed its right-to-sue letter on March 4, 2015. Under Missouri law, a plaintiff has ninety days from the receipt of the state right-to-sue letter to file a complaint. See Mo.Rev.Stat. § 213.111(1). However, regardless of whether this action was timely pursued after receipt of the MCHR right-to-sue letter, the action must be dismissed if Plaintiff's federal cause of action is untimely.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**. [Doc. 2]

**IT IS FURTHER ORDERED** that Plaintiff shall show cause, in writing and no later than **twenty-one (21) days from the date of this Order**, why this case should not be dismissed as time-barred.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of May, 2015.